942

No. 496, Misc. TERRY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 503, Misc. DUNN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 504, Misc. WILLIAMS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 506, Misc. JONES v. CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 511, Misc. DONNER ET AL. v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 512, Misc. WILLIAMS v. PEPERSACK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 519, Misc. BULSEK ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 521, Misc. KING v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 522, Misc. DODD v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 525, Misc. HODGE v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 526, Misc. ROBINSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.